UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOANNE M. QUINT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-135-B-W |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed May 25, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff be awarded attorney fees in the total amount of $2,951.93, representing payment of $2,391.05 for 15.25 hours expended in 2005 (at a rate of $156.79 per hour) and $560.88 for 3.5 hours expended in 2006 (at a rate of $160.25 per hour).

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2006