UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOANNE M. QUINT,                    )<br>                                                      )<br>        Plaintiff,                          )<br>                                                      )<br>        v.                                        )           Civil No. 05-135-B-W<br>                                                      )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of Social Security,   )<br>                                                      )<br>        Defendant.                         ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 12, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Attorney's Fees (Docket # 19) be and hereby is GRANTED, resulting in an attorney fee award pursuant to 42 U.S.C. § 406(b) of Nine Thousand Three Hundred Forty-Eight Dollars ($9,348.00), with the proviso that Plaintiff's counsel is directed to refund the sum of Two Thousand Nine Hundred Fifty-One Dollars and Ninety-Three Cents ($2,951.93) previously awarded in EAJA fees to his client.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2008